ORAL ARGUMENT NOT YET SCHEDULED

No. 21-1021 (AND CONSOLIDATED CASES)

———————

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, and SIERRA CLUB,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents,*

AEROSPACE INDUSTRIES ASSOCIATION OF AMERICA, INC. and THE BOEING COMPANY,

*Intervenors.*

---

**NOTICE OF INTENT OF INTERNATIONAL COUNCIL ON CLEAN TRANSPORTATION TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONERS**

---

> Deborah A. Sivas
> Matthew J. Sanders
> ENVIRONMENTAL LAW CLINIC
> Mills Legal Clinic at Stanford Law School
> 559 Nathan Abbott Way
> Stanford, California 94305
> (650) 723-0325
> dsivas@stanford.edu
>
> *Counsel for Amicus Curiae*

Pursuant to D.C. Circuit Rule 29(b), the International Council on Clean Transportation ("ICCT") respectfully notifies this Court of its intent to file a brief as amicus curiae in support of Petitioners Center for Biological Diversity et al. and State of California et al. by March 21, 2022, in accordance with the briefing schedule issued by this Court on January 10, 2022. The ICCT amicus brief will not exceed 6,500 words, consistent with this Court's order of January 10, 2022.

ICCT emailed all parties in these consolidated proceedings regarding its filing of an amicus brief. The Petitioners and the Respondent United States Environmental Protection Agency consented to ICCT's filing of its amicus brief, and Respondent-Intervenors Aerospace Industries Association of America and The Boeing Company indicated that they do not oppose ICCT's filing of an amicus brief. Accordingly, ICCT certifies that no parties in these consolidated proceedings are opposed to the filing of its amicus brief.

Respectfully submitted,

*/s/ Deborah A. Sivas*
Deborah A. Sivas
Matthew J. Sanders
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA  94305
(650) 723-0325
dsivas@stanford.edu

*Counsel for Amicus Curiae*

March 14, 2022

# CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.

                Respectfully submitted,

March 14, 2022

        */s/Deborah A. Sivas*
        Deborah A. Sivas
        Matthew J. Sanders
        ENVIRONMENTAL LAW CLINIC
        Mills Legal Clinic at Stanford Law School
        559 Nathan Abbott Way
        Stanford, CA  94305
        (650) 723-0325
        dsivas@stanford.edu

        *Counsel for Amici Curiae*