ORAL ARGUMENT NOT YET SCHEDULED

No. 21-1021 (AND CONSOLIDATED CASES)

———————

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, and SIERRA CLUB,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents,*

AEROSPACE INDUSTRIES ASSOCIATION OF AMERICA, INC. and THE BOEING COMPANY,

*Intervenors.*

**CORPORATE DISCLOSURE STATEMENT**

Deborah A. Sivas
Matthew J. Sanders
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California  94305
(650) 723-0325
dsivas@stanford.edu

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Cir. Rule 26.1, the International Council on Clean Transportation state that they do not have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

                         Respectfully submitted,

                         */s/ Deborah A. Sivas*
                         Deborah A. Sivas
                         Matthew J. Sanders
                         ENVIRONMENTAL LAW CLINIC
                         Mills Legal Clinic at Stanford Law School
                         559 Nathan Abbott Way
                         Stanford, CA  94305
                         (650) 723-0325
                         dsivas@stanford.edu

March 16, 2022                   *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 16, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.

                        Respectfully submitted,

March 16, 2022

                        */s/Deborah A. Sivas*
                        Deborah A. Sivas
                        Matthew J. Sanders
                        ENVIRONMENTAL LAW CLINIC
                        Mills Legal Clinic at Stanford Law School
                        559 Nathan Abbott Way
                        Stanford, CA  94305
                        (650) 723-0325
                        dsivas@stanford.edu

                        *Counsel for Amici Curiae*