**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

STATE OF CALIFORNIA, et al.,

      Petitioners,

      v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

      Respondents.
_____

Case No. 21-1018 and consolidated cases

**NOTICE OF ERRATA
REGARDING RESPONDENT EPA'S FINAL BRIEF**

Respondents United States Environmental Protection Agency, et al., ("EPA") hereby notify the Court that their final brief, in addition to including joint appendix citations, includes the following corrections of typographical errors in the initial brief filed on May 6, 2022:

| | |
|---|---|
| Statement of the Case A.1, page 4 | "*Id.* § 7571(a)(2)" corrected to "42 U.S.C. § 7571(a)(2)" |
| Statement of the Case A.1, page 5 | "42 U.S.C. § 7571(c)" corrected to "*Id.* § 7571(c)" |
| Statement of the Case A.1, page 5 n.2 | "42 U.S.C. §7571(a)(1)" corrected to "*Id.* §7571(a)(1)" |
| Statement of the Case B.2.b, page 17 | "Resp. to Comments, EPA-HQ-OAR-2018-02276-0228" corrected to "Resp. to Comments, EPA-HQ-OAR-2018-0276-0228" |

| | |
|---|---|
| Argument I, page 38 | "42 U.S.C. § 7412(d)(2)" corrected to "*Id.* § 7412(d)(2)" |
| Argument II.A, page 47 | "but also on FAA's subsequent proposal" corrected to "but also on the FAA's subsequent proposal" |
| Argument II.A, page 53 | "In so doing, the Rules ensures" corrected to "In so doing, the Rule ensures" |
| Argument II.A, page 54 | "Comments of the Boeing Company at 2" corrected to "Comments of the Boeing Company, EPA-HQ-OAR-2018-0276-0181-Attachment 2, at 2" |
| Argument II.C, page 66 | "Comments of the Boeing Company, EPA-HQ-OAR-2018-0276-0181-Attachment 2, at 4-7" corrected to "Comments of the Boeing Company at 4-7" |

DATED: July 12, 2022

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Chloe H. Kolman*

CHLOE H. KOLMAN
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277
chloe.kolman@usdoj.gov

*Counsel for Respondents*

Of Counsel:

MIKE THRIFT
ROSEMARY HAMBRIGHT KABAN
Office of the General Counsel

U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing Notice of Errata with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN