# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1018**                      **September Term, 2022**

EPA-86FR2136

Filed On: June 30, 2023 [2005823]

State of California, et al.,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

------------------------------

Aerospace Industries Association of America, Inc. and The Boeing Company,
        Intervenors

------------------------------

Consolidated with 21-1021

**O R D E R**

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:     /s/
                                          Daniel J. Reidy
                                          Deputy Clerk