# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1018**                           **September Term, 2022**

EPA-86FR2136

Filed On: August 23, 2023 [2013807]

State of California, et al.,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

------------------------------

Aerospace Industries Association of America, Inc. and The Boeing Company,
        Intervenors

------------------------------

Consolidated with 21-1021

## M A N D A T E

In accordance with the judgment of June 30, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:     /s/
                                          Daniel J. Reidy
                                          Deputy Clerk

Link to the judgment filed June 30, 2023